Fredric A. Cohen, Esq.
CHENG COHEN LLC
1101 West Fulton Market, Suite 200
Chicago, IL 60607
Telephone: (312) 243-1701
Facsimile: (312) 277-3961
(*Application to be Admitted Pro Hac Vice to be Filed*)

Charles G. Miller (State Bar No. 39272)
C. Griffith Towle (State Bar No. 146401)
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorneys for Plaintiff
HOSTWAY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOSTWAY CORPORATION, an Illinois Corporation,<br><br>Plaintiff,<br><br>v.<br><br>IAC SEARCH & MEDIA, INC., a Delaware Corporation,<br><br>Defendant. | No. C 07-3759 JCS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

-1-

1  Appeal from the judgment shall be taken directly to the United States Court of appeals for the
2  Ninth Circuit.

4  DATED: July 23, 2007

                    BARTKO, ZANKEL, TARRANT & MILLER
                    A Professional Corporation

                    By: _____
                                 C. Griffith Towle
                             Attorneys for Plaintiff
                             HOSTWAY CORPORATION

2192.000/330974.1    CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
Case No. C 07-3759 JCS