1  DOUGLAS L. HENDRICKS (CA SBN 83611)
   DHendricks@mofo.com
2  ELIZABETH O. GILL (CA SBN 218311)
   EGill@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendant
   IAC SEARCH & MEDIA, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  HOSTWAY CORPORATION, an Illinois          Case No.    C 07-3759 JCS
    Corporation,,
12                                            **NOTICE OF APPEARANCE**
                    Plaintiff,
13
         v.
14
    IAC SEARCH & MEDIA, INC., a Delaware
15  Corporation,

16                  Defendant.

17

18      PLEASE TAKE NOTICE that Douglas L. Hendricks and Elizabeth O. Gill of the firm of

19  Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, telephone

20  (415) 268-7000, hereby appear as counsel of record for defendant IAC SEARCH & MEDIA,

21  INC. in this action.

22  Dated: July 23, 2007              DOUGLAS L. HENDRICKS
                                      ELIZABETH O. GILL
23                                    MORRISON & FOERSTER LLP

24

25                                    By:  _____
                                           Douglas L. Hendricks
26
                                      Attorneys for Defendant
27                                    IAC SEARCH & MEDIA, INC.

28

NOTICE OF APPEARANCE
Case No.  C 07-3759 JCS
sf-2360817

1