UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOSTWAY CORPORATION,                          No. C 07-03759 JCS

    Plaintiff,                                 NOTICE REGARDING CONSENT TO
                                                 JURISDICTION OF UNITED STATES
    v.                                           <u>MAGISTRATE JUDGE</u>

IAC SEARCH & MEDIA INC.,

    Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

The complaint in the above-entitled action was filed on July 23, 2007. Pursuant to General Order 44, this case has been assigned to Magistrate Judge Joseph C. Spero to conduct all further proceedings and to order the entry of final judgment upon the consent of all parties in the case. A signed consent to the jurisdiction of the Magistrate Judge must be filed by both parties before Magistrate Judge Spero will consider the merits of plaintiff(s)' case or any motion filed by either party.

Plaintiff has filed a Motion For Temporary Restraining Order & Order to Show Cause Re: Preliminary Injunction. Accordingly, the parties are instructed to sign and electronically file the enclosed consent or declination form by **NOON on July 24, 2007**, indicating whether they consent to the jurisdiction of the Magistrate Judge in this matter.

If the parties do not consent, the case will be randomly assigned to a District Judge of this court.

Dated: July 24, 2007

                                      Richard W. Wieking, Clerk

                                      <u>/s/ Karen L. Hom</u>
                                      By: Karen L. Hom, Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSTWAY CORPORATION,<br><br>      Plaintiff(s),<br><br>  v.<br><br>IAC SEARCH & MEDIA INC.,<br><br>      Defendant(s).<br>_____/ | No. C 07-03759 JCS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____

Signature

Counsel for _____
(Name or party or indicate "pro se")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSTWAY CORPORATION,<br><br>       Plaintiff(s),<br><br>v.<br><br>IAC SEARCH & MEDIA INC.,<br><br>       Defendant(s).<br>_____/ | No. C 07-03759 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____    _____
                                                                        Signature

                                                                         Counsel for _____
                                                                         (Name or party or indicate "pro se")