1   DOUGLAS L. HENDRICKS (CA SBN 83611)
    DHendricks@mofo.com
2   ELIZABETH O. GILL (CA SBN 218311)
    EGill@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California  94105-2482
    Telephone: 415.268.7000
5   Facsimile: 415.268.7522

6   Attorneys for Defendant
    IAC SEARCH & MEDIA, INC.
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  HOSTWAY CORPORATION, an Illinois          Case No.    C 07-3759 JCS
    Corporation,,
12                                            **CONSENT TO PROCEED
                     Plaintiff,               BEFORE A UNITED STATES
13                                            MAGISTRATE JUDGE**

14        v.

15  IAC SEARCH & MEDIA, INC., a Delaware
    Corporation,
16
                     Defendant.

17

18        CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

19        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

20  party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all

21  further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal

22  from the judgment shall be taken directly to the United States Court of Appeal for the Ninth

23  Circuit.

24

25

26

27

28

CONSENT TO APPEAR BEFORE A MAGISTRATE JUDGE
Case No.  C 07-3759 JCS
sf-2360893

1

2    Dated: July 24, 2007

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOUGLAS L. HENDRICKS
ELIZABETH O. GILL
MORRISON & FOERSTER LLP

By: _____
    Douglas L. Hendricks

Attorneys for Defendant
IAC SEARCH & MEDIA, INC.

CONSENT TO APPEAR BEFORE A MAGISTRATE JUDGE
Case No.  C 07-3759 JCS
sf-2360893

2