# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

**CASE NO.  C 07-03759 JCS**

**CASE NAME:  HOSTWAY CORPORATION v. IAC SEARCH & MEDIA INC.**

**MAGISTRATE JUDGE JOSEPH C. SPERO**      **COURTROOM DEPUTY**: Karen Hom

**DATE**: July 24, 2007          **TIME: 15 mins**      **COURT REPORTER**: <u>Not recorded</u>

**COUNSEL FOR PLAINTIFF:**          **COUNSEL FOR DEFENDANT:**
**Griffith Towle**              **Doug Hendricks**

---

**PROCEEDINGS:**                              **RULING:**

**1. Scheduling Conference re: Pla's Motion for
TRO & Order to Show Cause Re: Preliminary Injunction**
_____

**ORDERED AFTER HEARING:**

**Pla's Motion for TRO & Order to Show Cause, currently set for hearing on Wed., 7/25/7 at 10:00 AM, has been continued to Friday, 7/27/7 at 3:30 PM.  Dft's opposition to the Motion for TRO shall be filed by 7/25/7 by 3:00 PM.**

_____

**ORDER TO BE PREPARED BY:**      () Plaintiff      () Defendant      () Court

**CASE CONTINUED TO:**   7/27/7 at 3:30 PM (special setting) for hearing on Motion for
                         TRO.

_____

Number of Depos:            Number of Experts:        Discovery Cutoff:

Expert Disclosure:          Expert Rebuttal:          Expert Discovery Cutoff:

Motions Hearing:      at 9:30 a.m.              Pretrial Conference:        at 1:30 p.m.

**Trial Date:**          **at 8:30 a.m.  ()Jury   ()Court      Set for      days**
_____

cc:      Chambers; Karen