# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### AMENDED CIVIL MINUTES

**CASE NO.  C 07-03759 JCS**

**CASE NAME:  HOSTWAY CORPORATION v. IAC SEARCH & MEDIA INC.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: July 24, 2007          **TIME: 15 mins** | **COURT REPORTER**: <u>Not recorded</u> |
| **COUNSEL FOR PLAINTIFF:**<br>Griffith Towle | **COUNSEL FOR DEFENDANT:**<br>Doug Hendricks |

---

**PROCEEDINGS:**                                      **RULING:**

**1. Scheduling Conference re: Pla's Motion for
TRO & Order to Show Cause Re: Preliminary Injunction**

_____

**ORDERED AFTER HEARING:**

**Pla's Motion for TRO & Order to Show Cause, currently set for hearing on Wed., 7/25/7
at 10:00 AM, has been continued to Friday, 7/27/7 at 3:30 PM.  Dft's opposition to the
Motion for TRO shall be filed by 7/25/7 by 3:00 PM.  Defendant has agreed to maintain
the status quo until after the TRO hearing.**

_____

**ORDER TO BE PREPARED BY:          () Plaintiff          () Defendant          () Court**

**CASE CONTINUED TO:   7/27/7 at 3:30 PM (special setting) for hearing on Motion for
TRO.**

_____

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**      at 9:30 a.m. | **Pretrial Conference:**          at 1:30 p.m. | |

**Trial Date:**               at 8:30 a.m.  ()Jury   ()Court      Set for     days

_____

**cc:      Chambers; Karen**