# HOSTWAY
### THE HOSTING COMPANY

▶ SMALL/MEDIUM BIZ  ▶ DOMAIN NAME  ▶ ENTERPRISE  ▶ DEDICATED SERVERS  ▶ PERSONAL    CUSTOMER LOGIN ▶

Find Web Hosting in: US



**Dedicated Servers Starting at: $99/mo**
- Cost effective solutions
- Full root access
- Plesk included
- DNS management

PLESK 8 FOR LINUX/UNIX

Hostway Dedicated Servers Are Available In:
RED HAT   WINDOWS   CENTOS   UBUNTU   FEDORA   FREEBSD

For an enhanced billboard, download the latest flash player.

▼ PRIMARY SERVICES

## Domain Names

[YourDomainHere]  [.com]
[Search]

**Domain Name Registration**. Register your domain name for **ONLY $7.95!**

Domain Names

## Web Hosting

Power your Web site with a feature-packed Web hosting plan. Business Web hosting and ecommerce Web hosting plans have everything you need starting at just $13.95/mo!

Web Hosting Plans

## Dedicated Servers

Get the freedom and power of a dedicated server. Entry-level servers, managed servers, Dual-Core Xeons, colocation and multiserver solutions start from $99.

Dedicated Server Plans



## Web Site Design

Jumpstart your business with an affordable Web site design. We specialize in business Web site design and ecommerce design. Call **1-866-491-9374** for a free quote - And ask about our Free Features special!

Web Design

## Ecommerce

Sell online with ecommerce hosting, shopping cart software, online merchant accounts and

▼ BUSINESS SOLUTIONS



**Starting a Business?**
Register your domain name for **$7.95** and Hostway will be with you every step of the way.
START HERE ▶

## Exchange Hosting

Hosted Exchange lets you take your office anywhere! Retrieve email and documents on the road or at home.

Microsoft Exchange Hosting

## SharePoint Portal

Enhance internal communications and collaboration with a SharePoint site. Thirty-day free trial!

Microsoft SharePoint

## Mobile Business SiteBuilder



Quickly create a six-page .mobi Web site for just **$24.95** per year!

Mobile Business SiteBuilder

## Online Backup

Backup your data online and wipeout your fear of data loss with Hostway's DataProtect. Automated backups are stored in Hostway's secure data centers. Sixty-day money back guarantee!

DataProtect

### Private Label Web Hosting

Offer Web Services under your brand. Partner with Hostway to expand broadband revenues and reduce account churn.

### Hostway-Branded Reseller

Resell Hostway services and earn commission.

### Enterprise Web Hosting

Save time and money by choosing Linux-based managed hosting, Windows-based managed hosting, or colocation services.

### Web Resources

A Complete Guide to Launching and Maintaining Your Web Site.

### Awards

  

### Press Release

- **04/04/07** Hostway Acquires Affinity Internet
- **03/02/07** Hostway Adds Free Mobile Microsoft

# HOSTWAY
THE HOSTING COMPANY

| Domain Name | Web Hosting | Ecommerce | Web Design | Online Marketing | Email | Biz Applications |

▸ SMALL/MEDIUM BIZ  ▸ DOMAIN NAME  ▸ ENTERPRISE  ▸ DEDICATED SERVERS  ▸ PERSONAL

CUSTOMER LOGIN ▸

☎ SALES 1-866-467-8929

Home > Small/Medium Business > Web Hosting

**Standard Plans**
- Overview
- Gold
- Gold Plus
- Platinum
- Compare Standard Plans

**Premium Plans**
- Overview
- Platinum Plus
- Diamond
- Diamond Plus
- Compare Premium Plans

- Podcasting
- Overview
- Podcasting Plan
- Cold Fusion Plans

## Web Hosting

The industry-leading Web hosting provider, Hostway offers a wide range of feature-rich Web hosting plans that provide small business owners with the flexibility, easy-to-use tools and reliable 24/7 technical support needed to succeed online. ⚐ View Service Level Agreement.

### Standard

**Gold** — from $13.95/mo
- 12 GB Web Space
- 250 GB Monthly Traffic
- 250 Email Accounts

View Details ▸  Order Now ▸

**Gold Plus** — from $19.95/mo
- 20 GB Web Space
- 300 GB Monthly Traffic
- 500 Email Accounts

View Details ▸  Order Now ▸

**Platinum** — from $26.95/mo
- 30 GB Web Space
- Unmetered Monthly Traffic
- 750 Email Accounts

View Details ▸  Order Now ▸

### Premium

**Platinum Plus** — from $44.95/mo
- 65 GB Web Space
- Unmetered Monthly Traffic
- 1,000 Email Accounts

View Details ▸  Order Now ▸

**Diamond** — from $71.95/mo
- 80 GB Web Space
- Unmetered Monthly Traffic
- 1,250 Email Accounts

View Details ▸  Order Now ▸

**Diamond Plus** — from $117.95/mo
- 100 GB Web Space
- Unmetered Monthly Traffic
- 1,500 Email Accounts

View Details ▸  Order Now ▸

⊕ All plans are available in: **Windows** 🪟  **Linux** 🐧  and **Ecommerce**

## Packaged Solutions

**Business Resources** — TOOLS FOR ONLINE SUCCESS

**Web Resources** — What you need to know about having a web site.

**Starting a Business?** The first step is your domain name for $7.95  START HERE ▸

Customer Support
- Contact Us
- Customer Help Center

Search All Our Products...

Domain Name Search  renew | transfer
.com  [Search]
Domain Names Starting from $7.95
⊕ Search All Domains