# HOSTWAY
THE HOSTING COMPANY

▶SMALL/MEDIUM BIZ  ▶DOMAIN NAME  ▶ENTERPRISE  ▶DEDICATED SERVERS  ▶PERSONAL

CUSTOMER LOGIN ▶

| Domain Name | Web Hosting | Ecommerce | Web Design | Online Marketing | Email | Biz Applications |

☎ SALES 1-866-467-8929

Home > Small/Medium Business

## Small Business and Medium Business

Launching a Web site is one of the most important steps you can take to help your business succeed. That's why it's important to consider who's behind your Web site when selecting a Web hosting provider. Hostway makes choosing a Web host a no-brainer.

### Products & Services

| | | |
|---|---|---|
| Domain Name | $7.95/yr | |
| Web Hosting | $13.95/mo | |
| Ecommerce | $19.95/mo | Learn More |
| Web Design | | Learn More |
| Online Marketing | | |
| Email | $59.95/yr | |
| Online Data Backup | $8.95/mo | |

### Need More?
Visit our Dedicated Servers section

### Web Resources
A Complete Guide to Launching and Maintaining Your Web Site



Tour Our Data Center!
REQUIRES MACROMEDIA FLASH

### Exchange Hosting
Hostway's Microsoft Exchange mobile messaging solution gives small- and mid-sized businesses enterprise-level email at a fraction of the cost of managing it in-house. Order hosted Exchange now and get two months free!

▶ **Domain Names**

Your address on the Internet, a domain name is the first step in establishing your company's identity on the Web.

More ▶

▶ **Web Hosting**

Flexible and feature-packed Web hosting plans give you everything you need to get online quickly and easily.

More ▶

▶ **Ecommerce**

Versatile Ecommerce Web hosting plans that can accommodate your online product display, selling and management needs.

More ▶

### Marketing & Web Design Services

**Pay Per Click Advertising**
Let Hostway drive quality traffic to your site through a high-performing search engine marketing tailored to your business needs that will help increase your sales.

**LocalSearch Business Profile**
Put your business in front of local customers with a search optimized Web page that's submitted to local search engines and directories.

**SiteDesign**
From a simple template-based Web site to a custom-designed Ecommerce site, Hostway's professional designers can create your Web site starting as low as $179.

- Marketing
- Ecommerce
- Web Design
- Productivity Services
- Webinars

### Business Resources

All the Tools Necessary for Online Success

Hostway's plans are packed with value added features, giving you tremendous flexibility to do more with your Web site. We also offer additional services that you can easily add to your plan to help take your site to the next level.

Search All Our Products...

Domain Name Search    renew / transfer
[ .com ]  search
Domain Names Starting from **$7.95**
Search All Domains

- Customer Support
- Contact Us
- Customer Help Center

Domain Name Registration with Hostway



**HOSTWAY**
THE HOSTING COMPANY

▸ SMALL/MEDIUM BIZ  ▸ ENTERPRISE  ▸ DEDICATED SERVERS  ▸ PERSONAL

| Domain Registration | Domain Transfer | Domain Renewal | Pricing | Additional Info | Add-ons |

CUSTOMER LOGIN ▸

Customer Support
Contact Us
Customer Help Center

Search All Our Products...

Domain Name Search   renew | transfer

[.com] [Search]

Domain Names Starting from **$7.95**

Search All Domains

SALES 1-866-467-8929



Home > Domain Name

## Register Your Domain Name in 3 Easy Steps!

1. Enter a Domain name
   [_____]

2. Select Extensions
   ☑ .com  ☐ .name  ☐ .de
   ☐ .net   ☐ .us    ☐ .eu
   ☐ .org   ☐ .mobi  ☐ .cn
   Search All Extensions

3. Check Availability
   [Search Now →]

### Domain Name

Having your own domain name is the first step to building an online presence. Whether you're looking to find that perfect domain name, transferring or renewing an existing domain name, Hostway can help you with your domain name needs. We make the registration or transfer process quick and simple.

**Register Domain Name**

Only **$7.95**/yr

Hostway offers industry-leading domain name pricing and value with all the features you need to easily manage your domain.

Domain Registration

**Transfer Domain Name**

Only **$7.95**/yr

Transfer your domain to Hostway and start saving today! We offer industry-leading value and features to meet your needs.

Domain Transfer

**Renew Domain Name**

Only **$7.95**/yr

Unlike other registrars, Hostway has the same low pricing for renewals as new domain registrations. Just $7.95 per year!

Domain Name Renewal



**Domain**DG**Guard**

Only **$4.95**/yr

DomainGuard helps protect against malicious changes to your domain by requiring a special password to change critical settings.

View DomainGuard Details




**Whois**PROTECTOR

**WhoisProtector Ultra**

Only **$9.95**/yr

Protect yourself from identity theft and