Managed Hosting and Colocation provided by Hostway

# HOSTWAY
THE HOSTING COMPANY

▶ SMALL/MEDIUM BIZ  ▶ PERSONAL

CUSTOMER LOGIN

| Prime 7 Managed Services | Products & Services | Global Service | Edge Caching | Dedicated Servers | Domain Name | Enterprise | Support |

Home > Enterprise

THE HOSTWAY MANAGED SERVICE
**Prime7** Managed Service

SALES 1-866-467-8929

- Customer Support
- Contact Us
- Customer Help Center

Search All Our Products...

Domain Name Search    renew | transfer
[_____] .com  [Search]
Domain Names Starting from
**$7.95**
➔ Search All Domains

## Enterprise

When your organization depends on mission critical data, choosing a global hosting leader is imperative to your business. Hostway delivers. We provide managed hosting plans with unlimited traffic allowance, powerful and flexible dedicated servers and colocation in our Tier +1 data centers. Hostway has the experience, technology and reliability to handle your enterprise operations.

Hostway's Prime7 Service includes 7 layers of managed services, allowing you to reduce IT costs, gain peace of mind and concentrate on your core business.

## Web Resources
A Complete Guide to Launching and Maintaining Your Web Site

Tour Our Data Center!
REQUIRES MACROMEDIA FLASH

**Linux** Based
Managed Hosting
redhat.

**Windows** Based
Managed Hosting
Microsoft

**Colocation**
Protect your server in our state-of-the-art data centers.

**Data Center**
Outsourcing

Contact Support [go]

Global Service [go]

[go]

PRINT THIS PAGE    EMAIL THIS PAGE

reviewed by
TRUSTe
site privacy statement

sol | service over internet™

Online Marketing • Web Site Design • Web Hosting • Ecommerce • Domain Name • Customer Support • Resellers • Local Business Profile • SiteControl Login
About Hostway • Contact Us • Site Map • Legal • Customer Support • Resellers • Local Business Profile • SiteControl Login

© 2006-2007 Hostway Corporation All rights reserved. Privacy Statement • Terms of Use

Local Business Profile

Dedicated Servers and Managed Dedicated Server Hosting by Hostway

# HOSTWAY.
THE HOSTING COMPANY

▸SMALL/MEDIUM BIZ  ▸DOMAIN NAME  ▸ENTERPRISE  ▸DEDICATED SERVERS  ▸PERSONAL

CUSTOMER LOGIN ▸

| Advantage Servers | TruFlex Servers | TruFlex-S Servers | Multi Server | Colocation | Edge Caching |

Home > Dedicated Servers

☎ SALES 1-866-832-7698

## Dedicated Servers

Hostway's dedicated server line offers a global network of redundant, state-of-the-art data centers backed by a renowned 24/7 support infrastructure that is unparalleled in the industry. With ultra-high security measures and over 8 years of managed hosting, Hostway managed dedicated servers give you the best overall value and peace of mind.

### Products & Services

| TruFlex-S Servers | From $99/mo | |
| TruFlex Servers | From $269/mo | |
| Advantage Servers | From $199/mo | |
| Multiple Servers | | Learn More |
| Colocation | | Learn More |

### Limited-Time Promotions!
**Call Today! 1-866-832-7698**
Find out how to save money by consulting our dedicated sales team. Or email serversales@hostway.com for more information.



**Tour Our Data Center!**
REQUIRES MACROMEDIA FLASH

### Web Resources
A Complete Guide to Launching and Maintaining Your Web Site

## New Dell 9th Generation PowerEdge Servers
» Higher performance  » Better speed  » Double the memory  » Improved reliability

- Latest 64 bit Dual-Core Xeon Woodcrest CPU
- Now with dual 1333MHz FSB, 4MB cache

## TRUFLEX-S Series
Starting at **$99**/month

Entry level servers. Start your dedicated hosting journey here.

- Entry level prices
- Cost effective solutions
- Full root access
- Available in six operating systems
- Self-managing tools available
- Plesk included
- DNS management included

View Plans

## ADVANTAGE Series
Starting at **$199**/month

Experience the advantages of fully managed dedicated hosting.

- 100% fully managed solutions
- No root access
- Legendary ease-of-use
- No server management required
- Managed backup included
- Server monitoring included
- Firewall monitoring included

View Plans

### Let Us Contact You
Fill out this form, and we will contact you to discuss your dedicated hosting needs.

*First Name: [          ]
*Last Name: [          ]
*Email: [          ]
*Phone: [          ]
*Best Time to Call You: (M-F 6am-5pm PST) [Choose from list]
*Server Plan of Interest: [Please Select...]

[ Let's Talk ]

*Required Field
No client information will be provided to third parties.

http://www.hostway.com/dedicated-servers/index.html (1 of 2) [7/24/2007 4:14:41 PM]