Personal Web Hosting, Domain Name Registration and Email Hosting Plans

# HOSTWAY.
THE HOSTING COMPANY

CUSTOMER LOGIN ▶

| Domain Name | Web Hosting | Web Design | Email | Online Data Backup |

▶SMALL/MEDIUM BIZ   ▶DOMAIN NAME   ▶ENTERPRISE   ▶DEDICATED SERVERS   ▶PERSONAL

Home > Personal

☎ SALES 1-866-467-8929

## Personal

Whether it's sharing pictures, setting up a book club site or maintaining a weblog, you want your Web site to be effortless to set up and manage. Hostway makes launching your Web site a cinch by offering easy-to-use tools and 24/7 live support to answer all your questions.



**Register Your**
Domain Name
from **$7.95**

ⓘ Your address on the Internet, a domain name is the first step in establishing your identity on the Web. Get your own fully featured domain name now!

View Details ▶

**Web Hosting**
For Your Web Site
only **$8.95!**

ⓘ Hostway's affordable and reliable Web hosting plan provides everything you need to get your Web site online quickly and easily.

View Details ▶

**Email Accounts**
With Your Domain
**$39.95!** /year

ⓘ Go to the next level with your own domain-specific email accounts. You'll get the spam and virus protection you need to stay in control of your inbox!

View Details ▶

**Get FREE Online Data Backup**
for 30 days with any Web hosting order!

[○] DATAPROTECT™
MAKING ONLINE BACKUPS EASY!

LEARN MORE ▶▶

### Products & Services »

| | |
|---|---|
| Domain Name » | $7.95/yr |
| Web Hosting » | $8.95/mo |
| Web Design » | Learn more |
| Email » | $39.95/yr |
| Online Data Backup » | $8.95/mo |

### Need More?
Upgrade to Small/Medium Business Plans

### Web Resources
A Complete Guide to Launching and Maintaining Your Web Site

🖨 PRINT THIS PAGE     ☑ EMAIL THIS PAGE

reviewed by
**TRUST e**
site privacy statement

sol | service over internet™

---

Domain Name  •  Web Hosting  •  Web Design  •  Email  •  Online Data Backup

About Hostway•Contact Us•Site Map•Legal•Customer Support•Resellers•Local Business Profile•SiteControl Login

© 2006-2007 Hostway Corporation All rights reserved. Privacy Statement • Terms of Use

Local Business Profile

---

**Search All Our Products...**

☐ Customer Support
☐ Contact Us
☐ Customer Help Center

[Search]

**Domain Name Search**  renew | transfer

☐ .com
Domain Names Starting from
**$7.95**

☐ Search All Domains



Web Hosting - Business Web Hosting Plans for Small Medium Business

**HOSTWAY** THE HOSTING COMPANY.
▸SMALL/MEDIUM BIZ    ▸DOMAIN NAME    ▸ENTERPRISE    ▸DEDICATED SERVERS    ▸PERSONAL

◂CUSTOMER LOGIN ▸

| Domain Name | Web Hosting | Ecommerce | Web Design | Online Marketing | Email | Biz Applications |

Home > Small/Medium Business > Web Hosting > Premium Webhosting Plans

**Standard Plans**
Overview
Gold
Gold Plus
Platinum
Compare Standard Plans

**Premium Plans**
Overview
Platinum Plus
Diamond
Diamond Plus
Compare Premium Plans

**Podcasting**
Overview
Podcasting Plan

Gold Fusion Plans

**Business Resources**
TOOLS FOR ONLINE SUCCESS

**Web Resources**
What you need to know about having a web site.

☎ SALES 1-866-467-8929

### Web Hosting Premium

Hostway's Business Web Hosting plans offer your growing business the tools you need to quickly and easily design, manage and market your Website. These inclusive packages bundle all of the best business features we offer and take our primary Web hosting plans to the next level.

📄 View Service Level Agreement.

**Platinum Plus** | from $44.95/mo
- 65 GB Web Space
- Unmetered Monthly Traffic
- 1,000 Email Accounts
or
- 2 Exchange Accounts
View Details ▸   Order Now ▸

**Diamond** | from $71.95/mo
- 80 GB Web Space
- Unmetered Monthly Traffic
- 1,250 Email Accounts
or
- 4 Exchange Accounts
View Details ▸   Order Now ▸

**Diamond Plus** | from $117.95/mo
- 100 GB Web Space
- Unmetered Monthly Traffic
- 1,500 Email Accounts
or
- 8 Exchange Accounts
View Details ▸   Order Now ▸

⊕ Each Online Business Solutions Plan includes:
- Intuitive marketing tools to help you attract more customers
- Robust features to help streamline your internal business communications
- Highly reliable services to give you peace of mind

⊕ All plans are available in: **Windows**   **Linux**   and **Ecommerce**

PRINT THIS PAGE   ☑ EMAIL THIS PAGE

Online Marketing  •  Web Site Design  •  Web Hosting  •  Ecommerce  •  Domain Name  •  Biz Applications

About Hostway•Contact Us•Site Map•Legal•Customer Support•Resellers•Local Business Profile•SiteControl Login

**Customer Support**
**Contact Us**
**Customer Help Center**

Search All Our Products...

Domain Name Search  renew | transfer
.com   Search
Domain Names Starting from $7.95
⊕ Search All Domains