Hostway Ecommerce Solutions - Create Your Own Online Store

# HOSTWAY.
THE HOSTING COMPANY

| Domain Name | Web Hosting | Ecommerce | Web Design | Online Marketing | Email | Biz Applications |

▸SMALL/MEDIUM BIZ  ▸DOMAIN NAME  ▸ENTERPRISE  ▸DEDICATED SERVERS  ▸PERSONAL

‹CUSTOMER LOGIN›

☎ SALES 1-866-467-8929

Home > Small/Medium Business > Ecommerce > Overview

**Standard Plans**
- Overview
- Gold
- Gold Plus
- Platinum
- Compare Standard Plans

**Premium Plans**
- Overview
- Platinum Plus
- Diamond
- Diamond Plus
- Compare Premium Plans
- Ecom. Essentials
- Shopping Carts
- Security
- Ecommerce Design
- Ecommerce Marketing Package
- Merchant Accounts

**Starting a Business?**
The first step is your domain name for $7.95
START HERE ▸

- Customer Support
- Contact Us
- Customer Help Center

Search All Our Products...

Domain Name Search  renew | transfer
[.com]  Search
Domain Names Starting from $7.95
Search All Domains

## Ecommerce

We understand what's necessary to succeed in ecommerce and have developed a range of products, partnerships and educational information to help you with every step of the process. Hostway provides the reliability, ease-of-use, security and performance you'll need to create and manage a successful online store.

**Standard**

**Gold** — from $19.95/mo
- 12 GB Web Space
- 250 GB Monthly Traffic
- 250 Email Accounts
- Shopping Cart

View Details ▸ | Order Now ▸

**Gold Plus** — from $31.95/mo
- 20 GB Web Space
- 300 GB Monthly Traffic
- 500 Email Accounts
- Shopping Cart

View Details ▸ | Order Now ▸

**Platinum** — from $44.95/mo
- 30 GB Web Space
- Unmetered Monthly Traffic
- 750 Email Accounts
- Shopping Cart

View Details ▸ | Order Now ▸

⊙ All plans are available in: Windows and Linux

**Premium**

**Platinum Plus** — from $57.95/mo
- 65 GB Web Space
- Unmetered Monthly Traffic
- 1,000 Email Accounts
- Shopping Cart

View Details ▸ | Order Now ▸

**Diamond** — from $84.95/mo
- 80 GB Web Space
- Unmetered Monthly Traffic
- 1,250 Email Accounts
- Shopping Cart

View Details ▸ | Order Now ▸

**Diamond Plus** — from $125.95/mo
- 100 GB Web Space
- Unmetered Monthly Traffic
- 1,500 Email Accounts
- Shopping Cart

View Details ▸ | Order Now ▸

⊙ All plans are available in: Windows and Linux



## Let Us Contact You

Fill out this form, and we will contact you to discuss your dedicated hosting needs.

*First Name:
*Last Name:
*Email:
*Phone:
*Best Time to Call You: (M-F 6am–5pm PST)  Choose from list
*Server Plan of Interest: Please Select...

[Let's Talk]

*Required Field
No client information will be provided to third parties.



# HOSTWAY
THE HOSTING COMPANY

▸SMALL/MEDIUM BIZ ▸DOMAIN NAME ▸ENTERPRISE ▸DEDICATED SERVERS ▸PERSONAL

| Advantage Servers | TruFlex Servers | TruFlex-S Servers | Multi Server | Colocation | Edge Caching |

CUSTOMER LOGIN ▸    SALES 1-866-832-7698

Home > Dedicated Servers > TruFlex-S

**TruFlex-S**

Overview
TruFlex-S 100
TruFlex-S 200
TruFlex-S 500
Security
Remote Management
Backup
TruflexS Customer Login

**Buyer's Guide**
Support
Services
Linux vs. Windows
Advantage vs. Truflex
Data Center

## TruFlex-S

**Limited-Time Promotions!** Call **1-866-832-7698** for details.

Choose from our recommended configurations below, every configuration is customizable:

**TruFlex-S Benefits**
· Entry-level prices
· Cost-effective solutions
· Full root access
· Available in six operating systems
· Self-managing tools available · Plesk included
· DNS management included

**Truflex-S 100 New**
From **$99**/ month
- Celeron 2.8 GHz
- RAM: 512 MB
- HDD: 80 GB SATA
- Data Transfer: 2000 GB

Red Hat Linux    Fedora    Windows    Ubuntu    FreeBSD    CentOS

View & Customize Request Quote

**Truflex-S 200 New**
From **$159**/ month
- Dual-Core Pentium D
- RAM: 512 MB
- HDD: 160 GB SATA
- Data Transfer: 2000 GB

Fedora    Windows    Red Hat Linux

View & Customize Request Quote