Dedicated Servers - Hostway Truflex Windows and Linux Server

# HOSTWAY
THE HOSTING COMPANY

▶ SMALL/MEDIUM BIZ  ▶ DOMAIN NAME  ▶ ENTERPRISE  ▶ DEDICATED SERVERS  ▶ PERSONAL

CUSTOMER LOGIN ▶

| Advantage Servers | TruFlex Servers | TruFlex-S Servers | Multi Server | Colocation | Edge Caching |

Home > Dedicated Servers > TruFlex

**TruFlex**
- Overview
- TruFlex 600
- TruFlex 800
- TruFlex 900
- TruFlex 950
- Firewall
- Backup
- Additional Items
- Dual-core Benefits

**Buyer's Guide**
- Support
- Services
- Linux vs. Windows
- Advantage vs. Truflex
- Data Center

## TruFlex

☎ SALES **1-866-832-7698**

**Limited-Time Promotions!** Call **1-866-832-7698** for details.

Choose from our recommended configurations below; every configuration is customizable:

**Truflex 600 New**
From **$269**/month
- Dual-Core Xeon 3060
- RAM: 1 GB
- HDD: 2 x 160 GB SATA
- RAID: Hardware RAID 1
- Data Transfer: 2000 GB

Fedora  Windows  Red Hat Linux

View & Customize Request Quote

**Truflex 800 New**
From **$319**/month
- 2 x Dual-Core Xeon 5130 Woodcrest
- RAM: 1 GB
- HDD: 2 x 160 GB SATA
- RAID: Hardware RAID 1
- Data Transfer: 2000 GB

Fedora  Windows  Red Hat Linux

View & Customize Request Quote

**TruFlex Benefits**
- Higher-end solutions
- RAID included
- Full root access
- Dual-Core Xeons available
- Fully customizable
- Choose your own management level
- 2000 GB data transfer

### Let Us Contact You
Fill out this form, and we will contact you to discuss your dedicated hosting needs.

*First Name: [          ]
*Last Name: [          ]
*Email: [          ]
*Phone: [          ]
*Best Time to Call You: (M-F 6am-5pm PST) [Choose from list]
*Server Plan of Interest: [Please Select...]

[Let's Talk]

*Required Field
No client information will be provided to third parties.