Step 1 – Hostway Personal Web Home Page – click "Web Hosting"



Step 2 – Click "Learn More" next to Hostway Site Builder



Step 3 – Site Builder Home page with link to demo – click "view demo"



Step 4 – The demo launches – click "continue to demo"



Step 5 – Sitebuilder home page – click "create/edit site"



Step 6 – select category of site you are building



Step 7 – choose a design



Step 8 – design details – text colors, buttons, fonts, etc



Step 9  - Arrangement – moving content around page



Step 10 – editing text on the website



Step 11 – "extras" – guestbooks, forums, meta-tags, etc. This is where we should be



Step 12 – publish site

