

**xkiss.com**
online sex store and more.

Feeling Sexy? Search Here

GO

**Top Sites for Today**

:: Reality Porn Sites

:: Download Porn

:: Horny Black Lesbians

:: Online movies

**Hot Favorites**

:: Porn DVD Rental

:: Anal Sex Virgins

:: Milf Hunter

:: Adult Movie Downloads

HOSTWAY

