# babydolls.com
*we cover all the avenues!*

Enter Keyword

## Featured Topics

- **Babydolls**
- **Gift**
- **Toy Store**
- **Baby Doll**
- **Doll house**

- Child gift
- Toy shop
- Toy Company
- Doll Collecting
- Games

- Gifts
- Kids Toys
- Presents
- Antique Dolls
- Childrens gifts

## Popular Categories

- Fisher Price Toys
- Doll house kits
- Cheap Gifts
- Toy Manufacturers
- Child toys

- Toystore
- Sheer Babydolls
- Toy shopping

## Can't find what you're looking for? Search Here:

Enter Keyword    [Search]

## Other Recommended Links:

- Kids Stuff
- Kid toys
- Special Gifts

- Dolls Houses
- Dolls house
- Toy Doll

**Related Searches:** Toys stores | Toyshop | Sexy babydolls | Financial Services

HOSTWAY

# Babydolls.com

Enter Keyword [Search!]

## top searches:
- Gift
- Special Gifts
- Dolls Houses
- Childrens Gifts
- Antique Dolls

## recommended listings:
- Gifts
- Cheap Gifts
- Toy Shopping
- Child Gift
- Presents

## featured listing

- Kids Toys
- Toy Manufacturers
- Toys
- Doll House Kits

- Toy Store
- Doll House
- Toy Stores
- Kid Toys

## popular topics
- Baby Doll
- Fisher Price Toys
- Toy Shop
- Toys Stores
- Dolls House

- Doll Collecting
- Toy Doll
- Child Toys
- Toy Company
- Kids Stuff

- Toystore
- Toyshop
- Games
- Babydolls
- Baby Playards

Enter Keyword [Search!]

Directi

# sundaybloodysunday.com
*we cover all the avenues!*

Bookmark Site | Make Home Page

Enter Keyword [Search]

## Featured Topics

- **Sunday Bloody Sunday**
- **UK**
- **Criminal Law**
- **Criminal**
- **Fraud**

- Ireland Travel
- Emerald Isle
- Criminology
- Crime Prevention
- Irish Republican Army

- Irish History
- Criminals
- Europe Vacations
- Criminal Laws
- Criminal Investigations

## Popular Categories

- Easter
- Weekend Getaway
- Sabbath
- Tuesday
- Weekend Break

## Can't find what you're looking for? Search Here:

Enter Keyword [Search]

## Other Recommended Links:

- Sunday Sport
- Shabbat
- Good Friday

- Easter Sunday
- Sunday Worship
- Palm Sunday

- Sunday Shopping
- Weekend Getaways
- Easter Trivia

**Related Searches:**  Weekend Breaks   Easter Dates   Easter Bread   Feria

HOSTWAY

# Sundaybloodysunday.com

[ Enter Keyword ] Search!

## top searches:

- **Europe Vacations**
- **Criminal**
- **Fraud**
- **Criminal Law**
- **Ireland**

## recommended listings:

- **Criminology**
- **Emerald Isle**
- **Uk**
- **Europe**
- **Criminal Investigations**

### featured listing

- Criminal Laws
- United Kingdom
- Criminals
- Ireland Travel

- Crime Prevention
- Irish History
- Irish Republican Army
- Felony

## popular topics

- Weekend Getaways
- Weekend Vacations
- Weekend Getaway
- Weekend Trips
- Weekend Breaks

- Weekend Break
- Feria
- Easter
- Shabbat
- Sabbath

- Good Friday
- Easter Bread
- Palm Sunday
- Easter Sunday
- Easter Dates

[ Enter Keyword ] Search!

Directi