msn-games.com
msnadcente.com
msnadcentr.com
msnbcclassifieds.com
msnhotline.com
msnhotmailaccountlogin.com
msnhotmailcom.com
msnhotmailmail.com
msninsurance.com
msnlifeinsurance.com
msnmails.com
msnmessaging.com
msnplusfreedownload.com
msnpreimum.com
msns.com
msnweekendtoday.com
hotmail.org.in
hotmailaccounthotmail.com
hotmailbetacom.com
hotmailcomm.com
hotmailemail250mb.com
hotmailemailaddress.com
hotmailemailservice.com
hotmailinitssign.com
hotmailjapan.com
hotmailmembersearch.com
hotmailmessengerfreedownload.com
hotmailoutlook.com
hotmailpop3.com
hotmailsignon.com
verizo.com
dell.com.be
ameircawest.com
ameicawestairlines.com
expida.com
amazonbuys.com
amazondiscount.com
amazonmortgages.com
ambanischool.com
amerairlines.com