DOUGLAS L. HENDRICKS (CA SBN 83611)
DHendricks@mofo.com
ELIZABETH O. GILL (CA SBN 218311)
EGill@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
IAC SEARCH & MEDIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSTWAY CORPORATION, an Illinois Corporation,,<br><br>                    Plaintiff,<br><br>          v.<br><br>IAC SEARCH & MEDIA, INC., a Delaware Corporation,<br><br>                    Defendant. | Case No.   C 07-3759 JCS<br><br>**DEFENDANT IAC SEARCH & MEDIA, INC.'S MANUAL FILING NOTIFICATION**<br><br>Date:    July 27, 2007<br>Time:    3:30 p.m.<br>Place:   Courtroom A, 15th Floor<br>The Hon. Joseph C. Spero<br><br>Complaint filed:    July 23, 2007 |

Regarding: **DECLARATION OF DMITRIY RYABOY IN SUPPORT OF DEFENDANT IAC SEARCH & MEDIA, INC.'S OPPOSITION TO PLAINTIFF'S TEMPORARY RESTRAINING ORDER**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____
_____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[**X**] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____
_____

Dated: July 25, 2007            DOUGLAS L. HENDRICKS
                                ELIZABETH O. GILL
                                MORRISON & FOERSTER LLP


                                By:    s/Douglas L. Hendricks
                                       Douglas L. Hendricks

                                Attorneys for Defendant
                                IAC SEARCH & MEDIA, INC.

DEFENDANT'S MANUAL FILING NOTIFICATION
Case No.  C 07-3759 JCS
sf-2362125

1