## Hendricks, Douglas L.

| | |
|---|---|
| **From:** | Namit Merchant [namit@hostway.com] |
| **Sent:** | April 26, 2007 2:40 PM |
| **To:** | Scott Hayashida |
| **Cc:** | Jennifer Riedy |
| **Subject:** | RE: New Ask Feeds |
| **Signed By:** | namit@hostway.com |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

What's the connection of the 1-click domains with the new Google ID's? We are going to start using the new ID's this Tuesday as per our release cycle schedule.

We still need time to figure things out within our engineering group. Implementation requirements from your end are changing so rapidly, we're not able to cope up with such changes occurring when we're launching a newly developed product. The 1-click ASL launch is also on hold now due to the last minute issue of showing only keywords appearing in the domains. Every project that we're picking up is being delayed due to bottlenecks introduced at your end, and each time there is a modification Ask.com is pressurizing for launch times which have been like "we need this done next week". It seems like this is an ongoing issue now.


-Namit

---

**From:** Scott Hayashida [mailto:scott.hayashida@ask.com]
**Sent:** Friday, April 27, 2007 12:08 AM
**To:** Namit Merchant
**Cc:** Jennifer Riedy
**Subject:** RE: New Ask Feeds

Namit -- Per Google's request, they do not want us to run any traffic on the new ID's until we receive the 1-click domains. Many of our domain partners have been able to implement this pretty easily. Let me know if you would like to jump on a call with the Ask.com engineers.

Thanks,
Scott

---

**From:** Scott Hayashida
**Sent:** Wednesday, April 25, 2007 6:13 PM
**To:** 'Namit Merchant'
**Cc:** Jennifer Riedy
**Subject:** RE: New Ask Feeds

Unfortunately, this will not work. We will need to know the actual 1-click domain URL so that we can view and QA implementations on domains at any time.

Thanks,
Scott

---

7/24/2007

**From:** Namit Merchant [mailto:namit@hostway.com]
**Sent:** Wednesday, April 25, 2007 5:21 PM
**To:** Scott Hayashida
**Cc:** Jennifer Riedy
**Subject:** RE: New Ask Feeds

Can we pass a unique ID per domain name instead of the actual domain name? This will allow you to achieve all the objectives of identifying traffic quality and optimization on a domain-level. Again, I haven't checked this with engineering yet but I'd like to understand your position beforehand.

-Namit

---

**From:** Scott Hayashida [mailto:scott.hayashida@ask.com]
**Sent:** Thursday, April 26, 2007 1:56 AM
**To:** Namit Merchant
**Cc:** Jennifer Riedy
**Subject:** RE: New Ask Feeds

Hi Namit,

My answers are inline...

---

**From:** Namit Merchant [mailto:namit@hostway.com]
**Sent:** Wednesday, April 25, 2007 3:55 AM
**To:** Scott Hayashida
**Cc:** Jennifer Riedy
**Subject:** RE: New Ask Feeds

Scott,

Thanks for the feeds. I'll pass them on to engineering for integration. Here are our open topics:

1) **1-click domain URL Technical Issue**
   Engineering is very skeptical about getting this done by next week. We're having some serious technical problems at our end in making this implementation change. There was some patch work that we had done earlier to include ASL and GSL in a single feed, as opposed to the original design of two separate feeds. Due to that patch, it is extremely difficult for us to make such a drastic change in the code base on such short notice. What is the work around for this issue?

   We do need the 1-click domain URL fixed asap. We are supposed to have this fixed by next week, but I can try to push for an additional week as long as you can commit to a completion date that week.

2) **1-click domain URL Business issue**
   I've had internal discussions with John about this and we are very skeptical about disclosing our entire customer-list/domain-list. This not only applies to domain traffic but also our other business – search box integration on hosting customers and ISP partners. What is the reason for this requirement?

   As discussed, this is a requirement that applies to all of Ask.com's partners and Google is requiring this from you as well. This fix will allow us to better track where our advertisers are being displayed and the more granular data will help us optimize our network. Down the road this will allow us to reward domains/partners that have high conversions and allow us to better troubleshoot traffic issues.

3) **Skenzo Traffic**
   We have our customer portfolio on Skenzo, DS and others so we're going to move those to our system over the next 4-5 weeks. I'll send you an advance notification of the traffic volume that will be moved from

7/24/2007

Skenzo. Does that work?

That works. Please be sure to move all domains that were Skenzo's customers to the feed set up specifically for Skenzo traffic: http://hostway.syndication.ask.com/hostwayskenzo?q=cars&userip=127.0.0.1&useragent=Mozilla

4) **Search Box integration**
We've been really tied up with stabilizing the domain monetization setup and making all these changes and additional requirements that are popping up. I haven't really been able to sketch down the product integration plan for this implementation yet. I should be able to get you more information on this after a few more weeks.

        Can you please provide me with a rough ETA? Last we spoke you mentioned that we would launch before June.

Thanks,
Namit

Let me know if you would like to discuss further on a call tomorrow. You can ping me tomorrow morning via instant messenger.

Cheers,
Scott

---

**From:** Scott Hayashida [mailto:scott.hayashida@ask.com]
**Sent:** Tuesday, April 24, 2007 10:05 PM
**To:** namit@hostway.com
**Cc:** Jennifer Riedy
**Subject:** New Ask Feeds

Hi Namit,

I hope all is well. As promised, the new feeds were completed last night and are ready for implementation:

Feed 1: Skenzo traffic
http://hostway.syndication.ask.com/hostwayskenzo?q=cars&userip=127.0.0.1&useragent=Mozilla
Feed 2: Search box on hosted pages
http://hostway.syndication.ask.com/hostwaysearchbox?q=cars&userip=127.0.0.1&useragent=Mozilla

What is the timeline that you foresee for the Search Box on your hosted pages? How many sites and how much traffic can we expect? As for the Skenzo feed, are there any domains that are waiting to be added? If so, what kind of traffic increase can we expect?

Also, can you please update me on your progress on passing us the 1-click domain URL?

Thanks,



**Scott Hayashida**
Business Development
212.404.1021 office
510.219.1787 cell
212.329.0535 fax
scott.hayashida@ask.com

7/24/2007

7/24/2007