## Hendricks, Douglas L.

| | |
|---|---|
| **From:** | Scott Hayashida [scott.hayashida@ask.com] |
| **Sent:** | May 17, 2007 4:16 PM |
| **To:** | Namit Merchant |
| **Subject:** | RE: Binoculars Syndication |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Namit,

Thanks for the updates. Here are some of my responses...

1. We'll check on the parameter and let you know if there are any issues.

2. When can we get this started?

3. We'll have to hold off on this until I hear more.

4. We can definitely look into more ASL on adult. I'll follow up with my team on this.

Thanks,
Scott

---

**From:** Namit Merchant [mailto:namit@hostway.com]
**Sent:** Wednesday, May 16, 2007 11:15 AM
**To:** Scott Hayashida
**Subject:** RE: Binoculars Syndication

1 - Will be done in a few hours. Please check at the end of the day and let me know tomorrow if you're getting the parameter.

2 – That project hasn't been picked up yet due to other high priority issues on the domain monetization side.

3 – I was still awaiting an update from you regarding using related keywords on domain rather than keywords that appear in the name. With the 1-click domain referrer being passed to you, there is ample room for QA now.

4 – This is a new question. How strong is ASL on the adult side? We've got adult carved out from the exclusivity provisions etc but I think we should utilize the ASL-only feed if you have some good coverage on that front. Thoughts?

-Namit

---

**From:** Scott Hayashida [mailto:scott.hayashida@ask.com]
**Sent:** Wednesday, May 16, 2007 10:55 PM
**To:** Namit Merchant
**Subject:** RE: Binoculars Syndication

Namit,

I should have been more clear. We are currently not offering this product right now and we don't have a way to

syndicate this product. We have a number of other projects on the road map and binoculars is not as high of a priority for us right now.

I do have a number of other products that I would like to discuss with you, but I think it's more important that we get the current list of action items done first:

1. Complete the implementation of passing the 1 click URL. (Sounds like this is pretty much good to go).

2. Implement the Ask search box on Hostway hosted pages. Last we discussed you mentioned that this would be done by June.

3. Implement the ASL ads test on the 1-click pages.

Can you provide me an update on on 2 and 3? Let me know if you would like to jump on a call to discuss.

Thanks,
Scott

---

**From:** Namit Merchant [mailto:namit@hostway.com]
**Sent:** Wednesday, May 16, 2007 10:11 AM
**To:** Scott Hayashida
**Subject:** RE: Binoculars Syndication

I just look at the tool and it seems we can easily get the screenshots through this URL:
http://binoculars.ask.com/binocl_get?url=ef10838b5ac33f19636f936b2d16f0b3&s=536293158

We just need to know what url and s parameter to pass to this URL.

-Namit

---

**From:** Scott Hayashida [mailto:scott.hayashida@ask.com]
**Sent:** Wednesday, May 16, 2007 10:11 PM
**To:** Namit Merchant
**Subject:** RE: Binoculars Syndication

Hi Namit,

We currently do not have the ability to syndicate our binoculars product. I'll be sure to notify you when we do.

Best,
Scott

---

**From:** Namit Merchant [mailto:namit@hostway.com]
**Sent:** Wednesday, May 16, 2007 5:55 AM
**To:** Scott Hayashida
**Subject:** Binoculars Syndication

How do we incorporate the binoculars tool on our pages? Is there some separate feed you need to setup?

-Namit

7/24/2007