## Hendricks, Douglas L.

| | |
|---|---|
| **From:** | Daniel Caul [DCaul@ask.com] |
| **Sent:** | July 24, 2007 1:11 PM |
| **To:** | Hendricks, Douglas L. |
| **Subject:** | FW: Search Box Implementation |
| **Attachments:** | RE: May Wire |

---

**From:** Scott Hayashida
**Sent:** Friday, June 29, 2007 5:07 PM
**To:** 'Namit Merchant'
**Subject:** RE: Search Box Implementation

Hi Namit,

Let me look into this for you. I'll get back to you on this on Monday.

Thanks,
Scott

---

**From:** Namit Merchant [mailto:namit@hostway.com]
**Sent:** Friday, June 29, 2007 1:27 PM
**To:** Scott Hayashida
**Subject:** RE: Search Box Implementation

For the search results UI – do we have feeds for images, news, blogs etc setup?

Thanks,
Namit

---

**From:** Scott Hayashida [mailto:scott.hayashida@ask.com]
**Sent:** Monday, June 25, 2007 4:14 PM
**To:** Namit Merchant
**Subject:** RE: Search Box Implementation

Hi Namit,

Yes, we need steps 1-3 completed as well as the front end integration on the hosted sites. Let me know if you have any questions.

Thanks,
Scott

---

**From:** Namit Merchant [mailto:namit@hostway.com]
**Sent:** Saturday, June 23, 2007 4:13 PM
**To:** Scott Hayashida
**Subject:** RE: Search Box Implementation

7/24/2007

I completely understand the importance of the search box implementation. We've agreed from the beginning that bulk of the revenue will be generated from the search boxes since there is already a lot of traffic on those websites. I'm sure you'd appreciate that we're as eager as Ask to launch this implementation. We own this revenue and do not have any sharing, plus it's a lot of traffic and a unique solution for our customers.

There have been quite a few things that have come up in the past few months, the biggest one being our acquisition of Affinity Internet. As you might imagine, there's a lot of integration overhead when a company of 450 people (Hostway) acquires another company with 250 people in the US and over 300k websites. That's the biggest issue right now since it impacts the SiteBuilder product. Hostway has been traditionally using a third-party for the SiteBuilder product and we started building our own product in January. After we acquired Affinity, we have two more SiteBuilder products to deal with... Affinity has a legacy third-party product and it rolled out its proprietary product 3 months back.

Now, there's a debate internally about which product to standardize on and a migration plan for the rest of the customers on the other three products. The whole search box integration plan was kind of lost out in this complication along with the fact that a lot of our resources were locked down with overall ASI/GSL implementation changes. I'd suggest I circle back with a few product people and raise the red flags to put this task on urgency and revert back with a concrete plan.

There are certain tasks under my direct control and we should start moving on these items:
1) Integrate the searchbox feed with the system
2) QA the Search box feed and finish the testing
3) Prepare the results page implementation and mutually agree to all aspects

Once this is done, we need to place the search box on the SiteBuilder websites and accordingly start redirecting queries to the search box results page (point 3). Does this sound right, or am I missing something?

Thanks,
Namit

---

**From:** Scott Hayashida [mailto:scott.hayashida@ask.com]
**Sent:** Friday, June 22, 2007 4:58 PM
**To:** Namit Merchant
**Subject:** RE: Search Box Implementation

Got your voicemails. I spoke with Andrew and Jeff, and they were clear with me that the hosting implementation was supposed to launch right away.

I can understand that there would have to be discussion around the UI, etc., but for us to be four months into the deal and have no visible momentum was certainly not the expectation and not acceptable given how important a component of the deal that it was.

I can provide you an update on the previous emails. Not sure what you mean by "the one asking for QA of the searchbox feed." My notes show that you had asked for the names of the feeds in the reporting console, that you had a question around QA of the adult feeds, and had a question regarding ASL on 1-click pages.

On the feed names....

1. Hostwayasl
a. Hostway01

2. Hostwayzoom
a. Hostway
b. aj-partner1-hwy (no channel highlighted)

3. Hostway
a. Not set up in the SRC since this is a test feed

7/24/2007

4. Hostwayskenzo
a. HostwaySkenzo
b. Channel hwy02

5. Hostwaysearchbox
a. HostwaySearchBox
b. Channel hwy03

Wrt adult the adult feeds, what feeds did you need? We already have an ASL/GSL feed that you can use, "Hostwayzoom." Will this work for you?

Wrt ASL ads on 1-click pages, the keyword passed needs to be taken from the domain name.

Let me know if you have any questions.

Thanks,
Scott

---

**From:** Namit Merchant [mailto:namit@hostway.com]
**Sent:** Friday, June 22, 2007 2:51 PM
**To:** Scott Hayashida
**Subject:** RE: Search Box Implementation

Did you get this email I sent yesterday? I also left you two voicemails – today and yesterday. I'm getting the Product people in Chicago to move faster on this... I'll have a concrete timeframe for you by the end of next week.

Meanwhile, I need updates on the previous emails I sent you, including the one asking for QA of the searchbox feed.

Thanks,
Namit

---

**From:** Namit Merchant [mailto:namit@hostway.com]
**Sent:** Thursday, June 21, 2007 12:18 PM
**To:** 'Scott Hayashida'
**Subject:** RE: Search Box Implementation

Scott,

It was clearly understood by both parties that the hosting integration will go after the domain implementation. It was not suppose to launch when we signed the deal. The implementation discussion came up literally a month before we signed and there is absolutely no way to complete the integration before signing the deal. I'm certain everyone at Ask.com was aware that this implementation requires discussion and we need to work on it together.

However, that opportunity never came up until last week cause of the domain implementation delays and issues we've been dealing with... I don't know what kind of systems your other partners run and their complexity levels but we've had to go through a lot of trouble to make those changes which were not discussed or brought up earlier. We do run our systems across 12 countries and those kind of international deployments take a lot of time. I don't think it is fair to compare with other partners.

We have just managed to get the implementation fully completed and the system live last month. We initiated the Site Builder MRD last week but there's a lot of work to fully implement that across the 7 different datacenters and all brands we operate. Keep in mind that there is a lot of volume on those websites and we're talking about

updating hundreds of servers.

Thanks,
Namit

---

**From:** Scott Hayashida [mailto:scott.hayashida@ask.com]
**Sent:** Wednesday, June 20, 2007 5:07 PM
**To:** Namit Merchant
**Subject:** RE: Search Box Implementation

Hi Namit,

I understand that there have been some implementation requirements over the past two months, however, the hosting integration was supposed to launch when we signed the deal, long before these additional requirements arose. Also, many of our other customers haven't needed nearly as much time to make the requested implementation changes.

This has become a significant issue, as the hosting integration was a major incentive for us to do this deal, and we are now almost 4 months into the deal. Not to mention, the big ($20 million) traffic partner/acquisition that you were planning to bring on at launch didn't come to fruition.

At this point, its imperative that the hosting integration is launched within the next 2 weeks.

Thanks,
**Scott Hayashida**
   **Business Development**
   **IAC Advertising Solutions / Ask.com**
   **212.404.1021 office**
   **510.219.1787 cell**
   **scott.hayashida@ask.com**

---

**From:** Namit Merchant [mailto:namit@hostway.com]
**Sent:** Wednesday, June 20, 2007 10:36 AM
**To:** Scott Hayashida
**Subject:** RE: Search Box Implementation

Scott,

We've started analyzing the requirements and preparing the initial MRD last week. However, I still expect this to take sometime since our SiteBuilder product is third-party software and we need to circle back the requirements with them.

There are several reasons for this push back, the primary one being the major implementation changes that were introduced by Ask/Google over the past several months. All our engineering efforts have been pretty much blocked to make these changes and adjust our systems to them. This has seriously impacted our ramp-up of domain parking traffic and our SiteBuilder integration roll-out.

Thanks,
Namit

---

**From:** Scott Hayashida [mailto:scott.hayashida@ask.com]
**Sent:** Tuesday, June 19, 2007 9:19 AM

7/24/2007

**To:** Namit Merchant
**Subject:** Search Box Implementation

Hi Namit,

Can you please provide me with an update on the Ask.com search box implementation on Hostway's hosted pages (Site Builder Product)? This has taken much longer than we had originally anticipated.

Thanks,

**Scott Hayashida**
    **Business Development**
    **IAC Advertising Solutions / Ask.com**
    **212.404.1021 office**
    **510.219.1787 cell**
    scott.hayashida@ask.com

7/24/2007