DOUGLAS L. HENDRICKS (CA SBN 83611)
DHendricks@mofo.com
ELIZABETH O. GILL (CA SBN 218311)
EGill@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
IAC SEARCH & MEDIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSTWAY CORPORATION, an Illinois Corporation,,<br><br>Plaintiff,<br><br>v.<br><br>IAC SEARCH & MEDIA, INC., a Delaware Corporation,<br><br>Defendant. | Case No.   C 07-3759 JCS<br><br><br>Date:   July 27, 2007<br>Time:   3:30 p.m.<br>Place:   Courtroom A, 15th Floor<br>The Hon. Joseph C. Spero<br><br>Complaint filed:   July 23, 2007 |

**DECLARATION OF DMITRIY RYABOY IN SUPPORT OF DEFENDANT IAC SEARCH & MEDIA, INC.'S OPPOSITION TO PLAINTIFF'S TEMPORARY RESTRAINING ORDER**

FILED UNDER SEAL PURSUANT TO LOCAL RULE 79-5