DOUGLAS L. HENDRICKS (CA SBN 83611)
DHendricks@mofo.com
ELIZABETH O. GILL (CA SBN 218311)
EGill@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
IAC SEARCH & MEDIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSTWAY CORPORATION, an Illinois Corporation,,<br><br>Plaintiff,<br><br>v.<br><br>IAC SEARCH & MEDIA, INC., a Delaware Corporation,<br><br>Defendant. | Case No.  C 07-3759 JCS<br><br>**DEFENDANT IAC SEARCH & MEDIA, INC.'S ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 79-5 TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:    July 27, 2007<br>Time:    3:30 p.m.<br>Place:   Courtroom A, 15th Floor<br>The Hon. Joseph C. Spero<br><br>Complaint filed:    July 23, 2007 |

# ADMINISTRATIVE MOTION TO SEAL

Pursuant to Local Rules 7-11 and 79-5, defendant IAC Search & Media, Inc. ("Ask") hereby moves to seal documents filed in connection with plaintiff Hostway Corporation's Motion for Temporary Restraining Order.

As set forth in the Declaration of Andrew Moers in support of Defendant's Administrative Motion to Seal, the documents are confidential, and defendant respectfully requests that the Court file them under seal:

(1) Complaint for Breach of Contract, Injunctive Relief, and Damages, Exhibit 1 (Advertising Services and Search Services Syndication Agreement, March 2, 2007); and

(2) Declaration of Namit Merchant In Support of Plaintiff Hostway Corporation's Motion for Temporary Restraining Order, Exhibit 1 (Advertising Services and Search Services Syndication Agreement, March 2, 2007); and

(3) Declaration of Dmitry Ryaboy In Support of Defendant IAC Search & Media, Inc.'s Opposition to Plaintiff's Motion for Temporary Restraining Order.

In addition, as required by Local Rule 7-11 and as set forth in the Declaration of Douglas L. Hendricks in support of Defendant's Administrative Motion to Seal, counsel for Ask contacted counsel for Hostway regarding Hostway's stipulation to Ask's Administrative Motion to Seal, but counsel for Ask did not receive any response to its request.

Dated: July 25, 2007        DOUGLAS L. HENDRICKS
                            ELIZABETH O. GILL
                            MORRISON & FOERSTER LLP

                            By:  /s/ Douglas L. Hendricks
                                 Douglas L. Hendricks

                            Attorneys for Defendant
                            IAC SEARCH & MEDIA, INC.