1  DOUGLAS L. HENDRICKS (CA SBN 83611)
   DHendricks@mofo.com
2  ELIZABETH O. GILL (CA SBN 218311)
   EGill@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendant
   IAC SEARCH & MEDIA, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 HOSTWAY CORPORATION, an Illinois        Case No.   C 07-3759 JCS
   Corporation,,
12                                         **DECLARATION OF ANDREW
                    Plaintiff,             MOERS IN SUPPORT OF IAC
13                                         SEARCH & MEDIA, INC.'S
       v.                                  ADMINISTRATIVE MOTION
14                                         PURSUANT TO CIVIL L.R. 79-5
   IAC SEARCH & MEDIA, INC., a Delaware    TO FILE DOCUMENTS UNDER
15 Corporation,                            SEAL**

16                  Defendant.             Date:  July 27, 2007
                                           Time:  3:30 p.m.
17                                         Place: Courtroom A, 15th Floor
                                           The Hon. Joseph C. Spero
18
                                           Complaint filed:  July 23, 2007
19

20

21

22

23

24

25

26

27

28

MOERS DECLARATION ISO ADMINISTRATIVE MOTION TO SEAL
Case No. C 07-3759 JCS
sf-2361981

I, Andrew Moers, declare as follows:

1. I am a Senior Vice President of Business Development at IAC Search & Media ("Ask"), defendant in this action, and I have worked at the company since May, 2000. I make this declaration on personal knowledge, except as otherwise expressly stated. If called as a witness, I could and would testify competently to the matters stated in this declaration.

2. I understand and believe that on July 23, 2007, plaintiff Hostway Corporation filed a Complaint for Breach of Contract, Injunctive Relief, and Damages. Attached to that Complaint as Exhibit 1 is a copy of the Advertising Services and Search Services Syndication Agreement between Ask and Hostway, dated March 2, 2007 ("Agreement"). I also understand and believe that on July 23, 2007, Hostway filed a Declaration of Namit Merchant In Support of Plaintiff Hostway Corporation's Motion for Temporary Restraining Order. Attached to that declaration as Exhibit 1 is an unsigned copy of the Agreement.

3. The Agreement contains information confidential to Ask, including (but not limited to) the "Payment Terms" that are attached to both copies of the Agreement is Exhibit B. These payment terms, like all Ask's payment terms, are highly confidential and are not publicly available, as evidenced by the Exhibit being marked "confidential," and section 9.5 of the Agreement, which prohibits the disclosure of terms of the Agreement. For these reasons, Ask is requesting the Agreement, as attached to both Hostway's Complaint and the Namit Merchant Declaration, be filed under seal.

4. In support of its opposition to Hostway's Motion for Temporary Restraining Order, Ask is submitting the Declaration of Dmitry Ryaboy. This declaration addresses the receipt by Ask of what it has determined to be fraudulent traffic from Hostway. As the incidence of fraudulent traffic is a highly sensitive issue, and one that Ask at all times keeps confidential, Ask is also requesting that the Declaration of Dmitry Ryaboy be filed under seal.

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  Executed this 25th day of July, 2007, at New York, New York.

*Andrew Moers*
Andrew Moers

MOERS DECLARATION ISO ADMINISTRATIVE MOTION TO SEAL
Case No. C 07-3759 JCS
sf-2361981

2