| | |
|---|---|
| 1 | DOUGLAS L. HENDRICKS (CA SBN 83611) |
| | DHendricks@mofo.com |
| 2 | ELIZABETH O. GILL (CA SBN 218311) |
| | EGill@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California  94105-2482 |
| | Telephone: 415.268.7000 |
| 5 | Facsimile: 415.268.7522 |
| 6 | Attorneys for Defendant |
| | IAC SEARCH & MEDIA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSTWAY CORPORATION, an Illinois Corporation,, | Case No.   C 07-3759 JCS |
| Plaintiff, | **DECLARATION OF DOUGLAS L. HENDRICKS IN SUPPORT OF IAC SEARCH & MEDIA, INC.'S ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 79-5 TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| IAC SEARCH & MEDIA, INC., a Delaware Corporation, | |
| Defendant. | Date:    July 27, 2007 |
| | Time:    3:30 p.m. |
| | Place:   Courtroom A, 15th Floor |
| | The Hon. Joseph C. Spero |
| | Complaint filed:    July 23, 2007 |

HENDRICKS DECLARATION ISO ADMINISTRATIVE MOTION TO SEAL
Case No.  C 07-3759 JCS
sf-2362049

1

1    I, Douglas L. Hendricks, hereby declare and state as follows:

2    1.    I am a member of the law firm of Morrison & Foerster LLP, counsel of record herein for defendant IAC Search and Media, Inc. ("Ask"). I make this declaration on personal knowledge, and if called as a witness, I could and would testify competently to the matters stated in this declaration.

3    2.    At 10:40 AM on Wednesday, July 25, 2007, I placed a call to C. Griffith Towle, one of the attorneys for the plaintiff, to discuss Ask's request that the agreement attached to plaintiff's complaint and to Mr. Merchant's declaration, as well as Mr. Ryaboy's declaration, be placed under seal. Mr. Towle was not in, so I left a message on his voice mail containing this request. Shortly thereafter, I also placed a call to Fredric Cohen, co-counsel for plaintiff. Mr. Cohen did not answer, and I left a voice message asking him to call me back. As of the signing of this declaration, neither has returned my call.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of July, 2007, at New York, New York.

                                                    /s/ Douglas L. Hendricks
                                                    Douglas L. Hendricks

HENDRICKS DECLARATION ISO ADMINISTRATIVE MOTION TO SEAL
Case No. C 07-3759 JCS
sf-2362049

1