1  DOUGLAS L. HENDRICKS (CA SBN 83611)
   DHendricks@mofo.com
2  ELIZABETH O. GILL (CA SBN 218311)
   EGill@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendant
   IAC SEARCH & MEDIA, INC.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  HOSTWAY CORPORATION, an Illinois          Case No.   C 07-3759 JCS
    Corporation,,
12                                            **[PROPOSED] ORDER
                    Plaintiff,                GRANTING DEFENDANT IAC
13                                            SEARCH & MEDIA, INC.'S
         v.                                   ADMINISTRATIVE MOTION
14                                            PURSUANT TO CIVIL L.R. 79-5
    IAC SEARCH & MEDIA, INC., a Delaware      TO FILE DOCUMENTS UNDER
15  Corporation,                              SEAL**

16                  Defendant.

17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL
Case No.  C 07-3759 JCS                                                                                1
sf-2361980

Defendant IAC Search & Media, Inc. ("Ask") has filed an Administrative Motion Pursuant to L.R. 79-5 To File Portions of Documents and Document Under Seal.

Based on the Declarations of Andrew Moers and Douglas Hendricks in Support of Ask's Administrative Motion and good cause having been shown, the Court hereby orders the following portions of documents and document shall be filed under seal:

(1) Complaint for Breach of Contract, Injunctive Relief, and Damages, Exhibit 1 (Advertising Services and Search Services Syndication Agreement, March 2, 2007); and

(2) Declaration of Namit Merchant In Support of Plaintiff Hostway Corporation's Motion for Temporary Restraining Order, Exhibit 1 (Advertising Services and Search Services Syndication Agreement, March 2, 2007); and

(3) Declaration of Dmitry Ryaboy In Support of Defendant IAC Search & Media, Inc.'s Opposition to Plaintiff's Motion for Temporary Restraining Order.

IT IS SO ORDERED.

Dated: _____, 2007

_____
The Honorable Joseph C. Spero
United States Magistrate Judge

[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL
Case No. C 07-3759 JCS
sf-2361980

1