DOUGLAS L. HENDRICKS (CA SBN 83611)
DHendricks@mofo.com
ELIZABETH O. GILL (CA SBN 218311)
EGill@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
IAC SEARCH & MEDIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSTWAY CORPORATION, an Illinois Corporation,,<br><br>        Plaintiff,<br><br>   v.<br><br>IAC SEARCH & MEDIA, INC., a Delaware Corporation,<br><br>        Defendant. | Case No.   C 07-3759 JCS<br><br>[PROPOSED] ORDER GRANTING DEFENDANT IAC SEARCH & MEDIA, INC.'S ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 79-5 TO FILE DOCUMENTS UNDER SEAL |

1  Defendant IAC Search & Media, Inc. ("Ask") has filed an Administrative Motion
2  Pursuant to L.R. 79-5 To File Portions of Documents and Document Under Seal.

3  Based on the Declarations of Andrew Moers and Douglas Hendricks in Support of Ask's
4  Administrative Motion and good cause having been shown, the Court hereby orders the following
5  portions of documents and document shall be filed under seal:

6  (1) Complaint for Breach of Contract, Injunctive Relief, and Damages, Exhibit 1
7  (Advertising Services and Search Services Syndication Agreement, March 2,
8  2007); and

9  (2) Declaration of Namit Merchant In Support of Plaintiff Hostway Corporation's
10  Motion for Temporary Restraining Order, Exhibit 1 (Advertising Services and
11  Search Services Syndication Agreement, March 2, 2007); and

12  (3) Declaration of Dmitry Ryaboy In Support of Defendant IAC Search & Media,
13  Inc.'s Opposition to Plaintiff's Motion for Temporary Restraining Order.

14  IT IS SO ORDERED.

16  Dated: __July 26_____, 2007



_____
J.C. Spero
United States Magistrate Judge

[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL
Case No.  C 07-3759 JCS
sf-2361980

1