# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

**CASE NO.  C 07-03759 JCS**

**CASE NAME:**  HOSTWAY CORPORATION v. IAC SEARCH & MEDIA INC.

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**:  Karen Hom |
| **DATE**: July 27, 2007   **TIME:** | **COURT REPORTER**: <u>Not Recorded</u> |
| **COUNSEL FOR PLAINTIFF:**<br>Griffith Towle (telephonic) | **COUNSEL FOR DEFENDANT:**<br>Doug Hendricks (telephonic) |

| PROCEEDINGS: | RULING: |
|---|---|
| 1. Pla's Motion for TRO & Order to Show Cause Re: Preliminary Injunction [Docket No. 4] | Not Held |

**ORDERED AFTER HEARING:**

**NOTES:** Parties advised the Court that this matter has settled. Parties request a continuance of the TRO hearing.

**ORDER TO BE PREPARED BY:**        () Plaintiff       () Defendant       () Court

**CASE CONTINUED TO:**   08/01/07 at 1:30 PM for hearing on Pla's Motion for TRO & Order to Show Cause re: Prelim. Injunction

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**     at 9:30 a.m. | | **Pretrial Conference:**     at 1:30 p.m. |
| **Trial Date:**     at 8:30 a.m.  ()Jury   ()Court     Set for     days | | |

cc:       Chambers; Karen