Fredric A. Cohen, Esq.
CHENG COHEN LLC
1101 West Fulton Market, Suite 200
Chicago, IL 60607
Telephone: (312) 243-1701
Facsimile: (312) 277-3961
(*Application to be Admitted Pro Hac Vice to be Filed*)

Charles G. Miller (State Bar No. 39272)
C. Griffith Towle (State Bar No. 146401)
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorneys for Plaintiff
HOSTWAY CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| HOSTWAY CORPORATION, an Illinois Corporation, <br><br> Plaintiff, <br><br> v. <br><br> IAC SEARCH & MEDIA, INC., a Delaware Corporation, <br><br> Defendant. | No. C 07-3759 JCS <br><br> **PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)** |

-1-

BARTKOZANKEL
Bartko-Zankel-Tarrant-Miller Board & Honors, Inc. of Counsel
900 Front Street, Suite 300
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Hostway Corporation hereby dismisses this action with prejudice, each party to bear its own fees and costs.


DATED: August 8, 2007

BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation


By: _____
        C. Griffith Towle
        Attorneys for Plaintiff
        HOSTWAY CORPORATION

BARTKOZANKEL
Bartko Zankel Tarrant Miller Iscoll & Hanock Inc. of Counsel
900 Front Street, Suite 800
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152

-2-